377 A.2d 184

Commonwealth v. Powell, Appellant.

Submitted April 13, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.